No. 82–1606. BLUME ET AL. *v.* MINNESOTA MINING & MANUFACTURING CO. C. A. 6th Cir. Certiorari denied. THE CHIEF JUSTICE and JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 82–6104. FOLSTON *v.* ALLSBROOK ET AL. C. A. 4th Cir. Certiorari denied. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 82–6267. EVANS *v.* MISSISSIPPI. Sup. Ct. Miss.;
No. 82–6423. BOLANDER *v.* FLORIDA. Sup. Ct. Fla.;
No. 82–6433. ALDRIDGE *v.* FLORIDA. Sup. Ct. Fla.; and
No. 82–6555. MCCRAE *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied. Reported below: No. 82–6267, 422 So. 2d 737; No. 82–6423, 422 So. 2d 833; No. 82–6433, 425 So. 2d 1132; No. 82–6555, 422 So. 2d 824.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. D–309. IN RE DISBARMENT OF MCCLELLAN, 460 U. S. 1049. Motion for leave to file petition for rehearing denied.